IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LEXIE LEWIS                                                                                       PLAINTIFF

VS.                                       CASE NO. 05-CV-1039

RICON, INC.                                                                                      DEFENDANT

### **ORDER**

Counsel having advised the Court that this matter has been settled, IT IS THEREFORE ORDERED that this action is **dismissed with prejudice**. The Court retains jurisdiction to vacate this Order and to re-open this action upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 14th day of June, 2006.

      /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge